```
                    IN THE UNITED STATES DISTRICT COURT
                            DISTRICT OF NEBRASKA
```

RUSSELL J. FRAUENDORFER,               §
        Petitioner,                    § Civil No. 8:06cv131
                                       § Criminal  8:04cr64
                                       §
v.                                     §
                                       §
                                       §
UNITED STATES OF AMERICA,              §
        Respondent.                    §
                                       §

## ORDER

Came before the Court this day Frauendorfer's Motion for Extension of Time to File Reply Pursuant to Rule 5(d). This Court is of the opinion that Frauendorfer's reasons for an extension of time are well taken and that Frauendorfer's Motion should be GRANTED. It is therefore ORDERED that:

1. Frauendorfer's Motion for Extension of Time to File Reply Pursuant to Rule 5(b) is in all things GRANTED.

2. The time fixed by this Court for the filing of Frauendorfer's Reply pursuant to 28 U.S.C. § 2255 Rule 5(d) is extended to February 24, 2008.

Dated: __1/31__, 2008            _____
                                  Honorable Judge Presiding