IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR64 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RUSSELL FRAUENDORFER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for reconsideration, Filing No. 129, of his Motion to Correct Clerical Error in Judgment, Filing No. 127.  The court found that the motion to correct should not be granted at this time, but denied the motion without prejudice to Mr. Frauendorfer's right to renew the motion or move to modify the restitution order upon his release form incarceration.  Accordingly, the court declines to reconsider the motion.  Again, Mr. Frauendorfer may apply to the court for a reduction after he has served his sentence.

IT IS ORDERED that the defendant's Motion to Reconsider (Filing No. 129) is denied without prejudice.

DATED this 4th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.